

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | 2:15-CR-0014 |
| | § § | |
| KYLE ANDREW ADAIR | § | |

## ORDER OVERRULING OBJECTIONS and ADOPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT'S MOTION TO SUPPRESS STATEMENTS

On May 1, 2015, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress filed by defendant KYLE ANDREW ADAIR be granted in part and denied in part. On May 15, 2015, defendant filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Defendant's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by defendant is GRANTED as to defendant's pre-*Miranda* statements and DENIED as to his post-*Miranda* statements.

IT IS SO ORDERED.

ENTERED this _20th_ day of May 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT